UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:01CR30071-002-DRH |
| | ) | |
| vs. | ) | |
| | ) | |
| Lynden Hutchinson, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER REMITTING FINE

Upon motion of the United States of America and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED**, in accordance with the provision of 18 U.S.C. § 3573, the unpaid portion of the fine imposed against the Defendant in the amount of $575.00, is hereby **REMITTED**.

DATED: November 17, 2005

/s/       David RHerndon
United States District Judge